Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL012 LLC,** | § | **Case No. 20-31136-hdh7** |
| | § | |
| **Alleged Debtor.** | § | **Jointly Administered Under** |
| | § | **Case No. 20-31131-hdh7** |

**MOTION OF ALLEGED DEBTOR TO DISMISS INVOLUNTARY PETITION, REQUEST FOR SUBSTITUTION OF REAL PARTY-IN-INTEREST, REQUEST FOR BOND, AND REQUEST FOR AWARD OF FEES, COSTS AND DAMAGES OR IN THE ALTERNATIVE TO ABSTAIN UNDER BANKRUPTCY CODE § 305**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

WALL012 LLC, the Alleged Debtor in the above-captioned proceedings (the "**Alleged Debtor**"), by and through its undersigned counsel, hereby moves for dismissal of the involuntary petition [Case No. 20-31136-hdh7, Docket No. 1] (the "**Involuntary Petition**") filed against it by Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, and Ying Zhang (collectively, the "**Petitioners**") on April 8, 2020 (the "**Involuntary Petition Date**") and now jointly administered with six other involuntary petitions under Case No. 20-31131-hdh7, Docket No. 1 (the "**Involuntary Case**").

1. Through this Motion, the Alleged Debtor requests dismissal of this Involuntary Case pursuant to:

a. 11 U.S.C. § 303(b)(1) because there are an insufficient number of petitioning creditors;

b. 11 U.S.C. § 303(b)(1) because all of Petitioners claims are subject to bona fide disputes, contingent, and disputed;

c. 11 U.S.C. § 303(h)(1) because Alleged Debtor is generally paying its debts as they become due;

d. 11 U.S.C. § 305(a) because the Involuntary Petition is not in the best interest of the Alleged Debtor's creditors or the Alleged Debtor;

e. 11 U.S.C. § 707(a) for good cause shown; and

f. 11 U.S.C. § 305(a) in abstention.

2. In addition, the Alleged Debtor requests that Michael Fu d/b/a Silverland Financial Ltd and Platinum Investment Corporation be substituted for Petitioners as the real party-in-interest.

3. Finally, the Alleged Debtor requests that Petitioners and Michael Fu be required to post a bond pursuant to 11 U.S.C. § 303(e) and, after notice and hearing, be sanctioned pursuant to 11 U.S.C. § 303(i) for the bad faith filing of the Involuntary Petition by order awarding the Alleged Debtor reasonable attorneys' fees, costs, compensatory damages, and punitive damages.

4. In support thereof, the Alleged Debtor contemporaneously files its *Brief in Support* (the "**Brief**") of this *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* (the "**Motion**").

5. The Alleged Debtor anticipates the need to conduct discovery from Petitioners and related third parties within the scope of this Motion. In that respect, the Alleged Debtor further raises additional defenses relating to (i) the standing of the Petitioners; and (ii) service of the

summons and Involuntary Petition, subject to such further discovery. The Alleged Debtor expressly reserves the right to amend this Motion and its Brief upon such discovery in this matter.

WHEREFORE, PREMISES CONSIDERED, the Alleged Debtor prays for an order from the Court granting the Motion and (i) substituting Michael Fu for the Petitioners as the real party in interest; (ii) requiring the Petitioners and Michael Fu to post a bond under § 303(e); (iii) dismissing this Involuntary Case under either Bankruptcy Code § 303(b), § 305(a), or under § 707(a) for cause; (iv) awarding the Alleged Debtor compensatory and punitive damages, including reasonable and necessary attorneys' fees, under § 303(i) from all persons and entities involved in the filing and pursuit of the Involuntary Petition, including without limitation the Petitioners, Silverland Financial Ltd., Platinum Investment Corporation, and Michael Fu; and (v) granting such other and further relief to which the Alleged Debtor may show itself entitled at law or in equity.

Dated: May 7, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 7, 2020, a true and correct copy of the foregoing *Motion of Alleged Debtor to Dismiss Involuntary Petition, Request for Substitution of Real Party-in-Interest, Request for Bond, and Request for Award of Fees, Costs and Damages or in the Alternative to Abstain Under Bankruptcy Code § 305* was served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above cases.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer