BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: WALL012 LLC | | § | |
| | | § | Case No.: 20−31136−hdh7 |
| | Debtor(s) | § | Chapter No.: 7 |
| Jun Li, et al. | | § | |
| | Appellant(s) | § | |
| vs. | | § | |
| WALL007 LLC , et al. | | § | |
| | Appellee(s) | § | |
| | | § | |

## CERTIFICATE OF MAILING

Notice of Appeal Filed By: Jun Li, et al.

Re: [19] Order dismissing case

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on December 29, 2020.

DATED: 12/29/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk