BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| WALL012 LLC | § | Case No.: 20−31136−hdh7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

Dear Counsel:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Amended Appellant Designation of contents for inclusion on record of appeal and statement of issues on appeal from attorney for debtor. (RE: related document(s)[24] INCORRECT ENTRY: Case number is incorrect in caption. Attorney to refile. Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal filed by Petitioning Creditors Jiancheng Chen, Xiaoquan Dai, Pengfei Dong, Li Jiang, Ou Jiang, Wanwan Li, Yadan Liu, Kangying Mao, Yi Tang, Weisi Wang, Jinzhe Wu, Feng Yan, Wenjuan Yin, Heng Zhang, Ying Zhang) (Ou, Jiangang)

  Responses due by 1/12/2021

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within one week from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 1/5/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C. Ecker, Deputy Clerk
cathy_ecker@txnb.uscourts.gov